UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CON-WAY TRANSPORTATION
SERVICES, INC.,

        Plaintiff,

vs.

AUTO SPORTS UNLIMITED, INC.,

        Defendant.
_____/

Case No. 1:04-CV-570

Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

For the reasons as set forth in the court's opinion entered this date,

**IT IS ORDERED AND ADJUDGED**

That the plaintiff Con-Way Transportation Services, Inc., recover of the defendant Auto Sports Unlimited, Inc., the sum of **$18,156.40**, with interest thereon and costs of action as provided by law.

Dated:  September 28, 2007        /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge